## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

**KENNETH ELDRIDGE,**
**Plaintiff,**

**v.**                                    **CIVIL ACTION NO. 3:23-0760**
                                          **Judge Chambers**

**BABCOCK & WILCOX**
**CONSTRUCTION CO., LLC,**
**a Delaware Limited Liability Company,**
**Defendant.**

### ORDER OF DISMISSAL

The Court, having been advised that the settlement funds have now been received by the Plaintiff in full satisfaction of the parties' settlement agreement, and there being no further matters requiring the Court's intervention, **ORDERS** that this civil action be, and hereby is, **DISMISSED WITH PREJUDICE**.

Each party shall bear its own costs and attorneys' fees unless otherwise agreed in the parties' settlement.

The Clerk is directed to remove this case from the Court's active docket.

**ENTERED**: This the ___27th__ day of ___May_____, 2025.

HONORABLE ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

Prepared by:

*/s/ C. Edward Amos, II*
Scott S. Segal (WV Bar I.D. #4717)

1

C. Edward Amos, II (WV Bar #12362)
**SEGAL & AMOS, PLLC**
810 Kanawha Boulevard, East
Charleston, West Virginia 25301
Telephone: (304) 344-9100
Facsimile: (304) 344-9105
Edward.amos@segal-law.com

Seen and agreed to by:


*/s/ Christopher D. Negley*
Christopher D. Negley, Esq. (WVSB #6086)
William R. Slicer, Esq. (WVSB #5177)
**SHUMAN MCCUSKEY SLICER PLLC**
Post Office Box 3953
Charleston, WV 25339-3953
(304) 345-1400
cnegley@shumanlaw.com
wslicer@shumanlaw.com
*Counsel for Defendant Babcock & Wilcox*
*Construction Co., LLC*